| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| Aug 7, 2020 | August 17, 2020 / 1500 PT | Dick Buehre |

INVENTORY MADE IN THE PRESENCE OF

Dick Buehre, SA Phillip Howard, DCIS & SA Kristin Barella, DCIS

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

TWO (2) Sensors, electro-optic countermeasures, identified by National Stock Number: 5865-01-457-4947; S/N: 7213 and S/N: 3308; Part Number: 835511561.

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: Aug 17, 2020

_____
Executing Officer's Signature

Jennifer Garcia, Special Agent
Printed Name and Title

## DEFENSE CRIMINAL INVESTIGATIVE SERVICE

## PERMISSIVE AUTHORIZATION FOR SEARCH AND SEIZURE

DATE **Aug 17, 2020**

1. I, **Dick Buenas** was advised by Special Agent(s) **Jennifer Garcia, Phillip Howard and Kristin Barella**

that the Defense Criminal Investigative Service is conducting an investigation into the offense(s) of **10 U.S.C §§ 2790, Recovery of improperly disposed of Dept. of Defense property** and I have been requested to permit a search

of my **All sensor, electro-optic countermeasures, NSN: 5865-01-457-4947 S/N 7213; P/N 8355115G1 & SN3308, 2 sensors total**

2. I have been informed of my Constitutional right to refuse to permit this search in the absence of a search warrant. In full understanding of this right, I have decided to permit this search to be made.

3. This search may be conducted on **Aug 17, 2020**
by Special Agent(s) **Jennifer Garcia, Phillip Howard, Kristin Barella**

4. I make this decision freely and voluntarily and it is made with no threats having been made or promises extended to me.

_Signature/Date_ **8/17/2020**

Time Started **1500**

Time Ended **1530**

_Special Agent, DCIS_

_Witness_ **Kristi Barella**

DCIS Form 33 (Jun 82)